IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| GINGER GIOFFRE, | : | |
| --- | --- | --- |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF BUCKS, ET AL., | : | |
| Defendants | : | NO. 08-4232 |

## ORDER

**AND NOW**, this 2nd day of November 2009, upon consideration of Defendants Terrence Moore and Harris Gubernick's Motion to Dismiss (Doc. No. 50), and Plaintiff's Response (Doc. No. 54), it is hereby **ORDERED** that the Motion is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE